NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re BENJAMIN W. LATHAM,**
*Petitioner*

---

2026-112

---

On Petition for Writ of Mandamus to the United States Court of Appeals for Veterans Claims in No. 24-8531, Judge Grant Jaquith.

---

## ON PETITION AND MOTION

---

## O R D E R

Benjamin W. Latham filed a petition for a writ of mandamus and subsequently moves to voluntarily dismiss it.

Upon consideration thereof,

2                                                                    IN RE LATHAM

IT IS ORDERED THAT:

The motion to voluntarily dismiss is granted, and the petition is dismissed.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 26, 2025
Date